UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. BAZELL,<br><br>              Petitioner,<br>    v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>              Respondent. | Case No. CV 11-2097-GHK (OP)<br><br>AMENDED ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Final Report and Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1     IT IS ORDERED that Judgment be entered: (1) approving and adopting this
Final Report and Recommendation; and (2) directing that Judgment be entered
denying the Petition and dismissing this action without prejudice.

DATED:   7/5/11

HONORABLE GEORGE H. KING
United States District Judge


Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge