JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. BAZELL,<br><br>    Petitioner,<br>  v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. CV 11-2097-GHK (OP)<br><br>A M E N D E D<br>J U D G M E N T |

  Pursuant to the Amended Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED:  7/5/11

            HONORABLE GEORGE H. KING
            United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge